IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Delores Clark, | ) | C/A No.: 1:13-1444-JFA-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Carolyn W. Colvin, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security ("Commissioner"), by her attorneys, William N. Nettles, United States Attorney for the District of South Carolina, and Barbara M. Bowens, Assistant United States Attorney for said district, has moved this court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the cause to the Commissioner for further administrative proceedings. [Entry #18]. The motion represents that Plaintiff's counsel, Daniel W. Mayes, consents to the motion. *Id.*

By order of the court, this case is remanded to the Appeals Council. The Appeals Council will direct the Administrative Law Judge to further evaluate Plaintiff's maximum residual functional capacity, providing appropriate rationale with specific references to evidence of record in support of the assessed limitations pursuant to 20 C.F.R. § 404.1545; to further evaluate Plaintiff's subjective complaints, providing rationale in accordance with 20 C.F.R. § 404.1529 and Social Security Ruling 96-7p; and, if

appropriate, further evaluate whether there are jobs existing in significant numbers in the national economy that Plaintiff can perform.

Pursuant to the power of this court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further administrative proceedings as set out above. *See Shalala v. Schaefer*, 509 U.S. 292 (1993). The Clerk of Court is directed to enter a separate judgment pursuant to the Fed. R. Civ. P. 58.

IT IS SO ORDERED.

January 30, 2014                                                     Shiva V. Hodges
Columbia, South Carolina                                    United States Magistrate Judge

2