UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Delores Clark, | ) | C/A No.: 1:13-1444-JFA-SVH |
|           Plaintiff, | ) | |
| v. | ) | CORRECTED ORDER[1] |
| Carolyn W. Colvin, | ) | |
| Commissioner of Social Security, | ) | |
|           Defendant. | ) | |

This matter is before the court upon motion of the plaintiff for attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. The Commissioner has responded that the parties, through counsel, have agreed to an award of attorney's fees, costs, and expenses.

Upon review of the material submitted to the court, the plaintiff's motion for attorney fees (ECF No. 21) is granted. The Commissioner shall pay the plaintiff attorney's fees in the amount of $4,490.63 (representing 23.95 hours at $187.50 per hour). The Commissioner shall also pay costs in the amount of $7.00 and expenses in the amount of $16.00.[2]

Payment of the fees and expenses noted herein shall constitute a complete release from and bar to any and all claims plaintiff may have relating to EAJA fees in connection

---

[1] This Corrected Order is being entered to provide a breakdown of the costs and expenses of the plaintiff, as these amounts are paid out of different funds.

[2] Costs are paid from the Judgment Fund, rather than from agency funds. *See* 28 U.S.C. § 2412(c), 2444.

1

with this action. This award is without prejudice to the right of plaintiff to seek attorney's fees under Section 206(b) of the Social Security Act, subject to the offset provisions of the EAJA. Further, the award of fees shall be made payable to the plaintiff. *See Astrue v. Ratliff,* 560 U.S. 586, 596–98 (2010).

    IT IS SO ORDERED.

March 19, 2014                                        Joseph F. Anderson, Jr.
Columbia, South Carolina                United States District Judge